**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Paul E. Fassbender<br>Jana Fassbender | CHAPTER 13 |
| Debtor(s) | BKY. NO. 20-10567 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of COLONIAL SAVINGS F.A. and index same on the master mailing list.

                           Respectfully submitted,

                           /s/ Michael Farrington
                           Michael Farrington
                           08 Jan 2024, 15:14:53, EST

                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322