| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-10567-PMM

Paul E. Fassbender
Jana Fassbender
1007 3rd St.
Catasauqua  PA   18032-2710

Petition Filed Date: 01/29/2020
341 Hearing Date: 03/10/2020
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2023 | $700.00 | | 09/05/2023 | $700.00 | | 10/04/2023 | $700.00 | |
| 11/03/2023 | $700.00 | | 12/04/2023 | $700.00 | | 01/04/2024 | $700.00 | |
| 02/05/2024 | $700.00 | | 03/05/2024 | $700.00 | | 04/03/2024 | $700.00 | |
| 05/06/2024 | $700.00 | | 06/04/2024 | $700.00 | | 07/08/2024 | $700.00 | |

**Total Receipts for the Period: $8,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $36,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,910.00 | $1,910.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $2,481.51 | $2,214.47 | $267.04 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $660.82 | $0.00 | $660.82 |
| 3 | DISCOVER BANK »» 002 | Unsecured Creditors | $14,666.24 | $0.00 | $14,666.24 |
| 4 | DISCOVER BANK »» 003 | Unsecured Creditors | $14,074.30 | $0.00 | $14,074.30 |
| 5 | UNITED STATES TREASURY (IRS) »» 04P | Priority Crediors | $32,477.00 | $28,991.73 | $3,485.27 |
| 6 | UNITED STATES TREASURY (IRS) »» 04U | Unsecured Creditors | $10,927.37 | $0.00 | $10,927.37 |
| 7 | MARINER FINANCE LLC »» 005 | Unsecured Creditors | $2,410.65 | $0.00 | $2,410.65 |
| 8 | COLONIAL SAVINGS, F.A. »» 006 | Mortgage Arrears | $227.42 | $0.00 | $227.42 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $905.38 | $0.00 | $905.38 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $419.27 | $0.00 | $419.27 |
| 11 | USAA FEDERAL SAVINGS BANK »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | TD AUTO FINANCE LLC »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $9,215.91 | $0.00 | $9,215.91 |
| 14 | CITIBANK NA »» 012 | Unsecured Creditors | $6,103.67 | $0.00 | $6,103.67 |

Chapter 13 Case No. 20-10567-PMM

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,300.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $33,116.20 | Arrearages: | $900.00 |
| Paid to Trustee: | $3,183.80 | Total Plan Base: | $43,200.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.