Certificate Number: 06531-PAE-DE-039258965

Bankruptcy Case Number: 20-10567



06531-PAE-DE-039258965

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2025, at 4:56 o'clock PM CST, Jana L Fassbender completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 20, 2025

By: /s/Sharon Schroeder

Name: Sharon Schroeder

Title: Certified Credit Counselor