United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                       Case No. 20-10567-pmm
Paul E. Fassbender                                                                           Chapter 13
Jana Fassbender
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 3
Date Rcvd: Feb 25, 2025    Form ID: 138OBJ    Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Paul E. Fassbender, Jana Fassbender, 1007 3rd St., Catasauqua, PA 18032-2710 |
| 14459368 | | Colonial Home Loans, PO Box 9061, Temecula, CA 92589-9061 |
| 14462793 | + | Colonial Savings, F.A., c/o Chandra M. Arkema, Esq., One Jenkintown Station, Ste 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14459373 | | Lehigh Valley Health Network, P.O. Box 781733, Philadelphia, PA 19178-1733 |
| 14490946 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |
| 14496915 | + | USAA Federal Saving Bank, c/o Lisa Cancanon, Esq, 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 26 2025 03:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 26 2025 03:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14459366 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:50:14 | Best Buy Credit Card, PO Box 9001007, Louisville, KY 40290-1007 |
| 14459367 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:41:00 | Boscov's, PO Box 659450, San Antonio, TX 78265-9450 |
| 14844760 | ^ | MEBN | Feb 26 2025 00:31:47 | COLONIAL SAVINGS F.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14492341 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:51:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14484173 | + | Email/Text: bankruptcydesk@colonialsavings.com | Feb 26 2025 03:41:00 | Colonial Savings, F.A., 2626B West Freeway, Fort Worth, TX 76102-7109 |
| 14459369 | | Email/Text: mrdiscen@discover.com | Feb 26 2025 03:35:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14465313 | | Email/Text: mrdiscen@discover.com | Feb 26 2025 03:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14459370 | | Email/Text: mrdiscen@discover.com | Feb 26 2025 03:35:00 | Discover Card, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14459372 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2025 03:41:00 | IRS Insolvency Unit, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14492038 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2025 03:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14459374 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:50:43 | Lowes, P.O. Box 530914, Atlanta, GA |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: 138OBJ | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14482846 | + | Email/Text: bankruptcy@marinerfinance.com | | 30353-0914 |
| | | | Feb 26 2025 03:36:00 | MARINER FINANCE, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 14463279 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2025 03:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14485407 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2025 03:41:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14459375 | ^ | MEBN | Feb 26 2025 00:32:04 | St. Luke's University Health Network, 801 Ostrum St., Bethlehem, PA 18015-1000 |
| 14459376 | | Email/Text: jaxbanko@td.com | Feb 26 2025 03:35:00 | TD Auto Finance, P.O. Box 16039, Lewiston, ME 04243-9520 |
| 14459377 | + | Email/Text: bkelectronicnotices@usaa.com | Feb 26 2025 03:35:00 | USAA, 9800 Fredericksburg, San Antonio, TX 78288-0002 |
| 14459378 | | Email/Text: bkelectronicnotices@usaa.com | Feb 26 2025 03:35:00 | USAA Credit Card Services, 10750 McDermott Freeway, San Antonio, TX 78288-0570 |
| 14487379 | + | Email/Text: RASEBN@raslg.com | Feb 26 2025 03:36:00 | USAA FEDERAL SAVINGS BANK, c/o Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14459371 | * | Internal Revenue Service, PO Box 37910, Hartford, CT 06176-7910 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor Colonial Savings  F.A. carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Colonial Savings  F.A. bkgroup@kmllawgroup.com |
| KEVIN K. KERCHER | on behalf of Joint Debtor Jana Fassbender kevinkk@kercherlaw.com  kevin@kercherlaw.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: 138OBJ | Total Noticed: 27 |

KEVIN K. KERCHER
    on behalf of Debtor Paul E. Fassbender kevinkk@kercherlaw.com  kevin@kercherlaw.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Colonial Savings  F.A. ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

MARTIN A. MOONEY
    on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com

MICHAEL JOHN CLARK
    on behalf of Creditor Colonial Savings  F.A. mclark@pincuslaw.com

MICHELLE L. MCGOWAN
    on behalf of Creditor USAA Federal Savings Bank mimcgowan@raslg.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 138OBJ* (6/24)−doc 53 − 52

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Paul E. Fassbender ) | Case No. 20−10567−pmm |
| ) | |
| ) | |
|   Jana Fassbender ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 25, 2025

For The Court

Timothy B. McGrath
Clerk of Court