United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10567-pmm |
| Paul E. Fassbender | Chapter 13 |
| Jana Fassbender | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 16, 2025 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Paul E. Fassbender, Jana Fassbender, 1007 3rd St., Catasauqua, PA 18032-2710 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Apr 17 2025 01:51:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2025 01:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 18, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor Colonial Savings  F.A. carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Colonial Savings  F.A. bkgroup@kmllawgroup.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2025 | Form ID: 138FIN | Total Noticed: 3 |

KEVIN K. KERCHER
     on behalf of Joint Debtor Jana Fassbender kevinkk@kercherlaw.com  kevin@kercherlaw.com

KEVIN K. KERCHER
     on behalf of Debtor Paul E. Fassbender kevinkk@kercherlaw.com  kevin@kercherlaw.com

LORRAINE GAZZARA DOYLE
     on behalf of Creditor Colonial Savings  F.A. ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

MARTIN A. MOONEY
     on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com

MICHAEL JOHN CLARK
     on behalf of Creditor Colonial Savings  F.A. mclark@pincuslaw.com

MICHELLE L. MCGOWAN
     on behalf of Creditor USAA Federal Savings Bank mimcgowan@raslg.com

ROLANDO RAMOS-CARDONA
     on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 138FIN* (6/24)−doc 60 − 59

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Paul E. Fassbender<br><br>    Jana Fassbender<br><br>    Debtor(s). | Case No. 20−10567−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: April 16, 2025

For The Court

Timothy B. McGrath
Clerk of Court