United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10567-pmm |
| Paul E. Fassbender | Chapter 13 |
| Jana Fassbender | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 22, 2025 | Form ID: 195 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Paul E. Fassbender, Jana Fassbender, 1007 3rd St., Catasauqua, PA 18032-2710 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 24, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor Colonial Savings  F.A. carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Colonial Savings  F.A. bkgroup@kmllawgroup.com |
| KEVIN K. KERCHER | on behalf of Joint Debtor Jana Fassbender kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Debtor Paul E. Fassbender kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Colonial Savings  F.A. ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Colonial Savings  F.A. mclark@pincuslaw.com |
| MICHELLE L. MCGOWAN | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: May 22, 2025 | Form ID: 195 | Total Noticed: 1

    on behalf of Creditor USAA Federal Savings Bank mimcgowan@raslg.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Paul E. Fassbender and Jana Fassbender                : Case No. 20−10567−pmm
    Debtor(s)

*ORDER*
_____

    AND NOW, this day , May 21, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

Form 195